## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Let Them Play MN; Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Moe 3, minors; John Moe 4, as parent and guardian of John Moe 5, a minor; Jane Doe 6; and Jane Doe 7, as parent and legal guardian of John Moe 8 and Jane Doe 9, minors,<br><br>Plaintiffs,<br><br>v.<br><br>Governor Tim Walz, in his official capacity; Attorney General Keith Ellison, in his official capacity; Commissioner Jan Malcom, in her official capacity; Minnesota Department of Health; Commissioner Tarek Tomes, in his official capacity as designated coordinator of youth sports for the Administration of Governor Tim Walz,<br><br>Defendants. | Civil No. 0:21-cv-00079 (NEB/DTS)<br><br>NOTICE TO THE COURT OF RELATED CASE |

The undersigned attorneys hereby notify the Court and counsel that the above-captioned case is related to Case Number 20-cv-2505 (JRT/HB). The above-captioned case is brought by the same Plaintiff, Let Them Play MN, who is the named Plaintiff in Case Number 20-cv-2505 and names four of the same Defendants—Governor Tim Walz, Attorney General Keith Ellison, Commissioner Jan Malcom, and the Minnesota Department of Health—who are named as Defendants in Case Number 20-cv-2505. The Complaint in both the above-captioned case and Case Number 20-cv-2505 contain nearly

identical allegations and identical claims under the Equal Protection and Due Process clauses related to restrictions on youth sports contained in Emergency Executive Orders issued in response to the COVID-19 pandemic.

Because the above-captioned case involves substantially the same parties, the same allegations, and the same claims as those brought in Case Number 20-cv-2505 it is a related case that should be assigned to Chief Judge Tunheim and Magistrate Judge Bowbeer, the judicial officers assigned to Case Number 20-cv-2505.

Dated: January 11, 2021          **/s/ Cicely R. Miltich**
LIZ KRAMER (#0325089)
Solicitor General

CICELY R. MILTICH (#0392902)
Assistant Attorney General

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1243 (Phone)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us
cicely.miltich@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS