# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Let Them Play MN, Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Moe 3, minors, John Moe 4, as parent and guardian of John Moe 5, a minor, Jane Doe 6, Jane Doe 7, as parent and legal guardian of John Moe 8 and Jane Doe 9, minors. | Case No. 21-cv-00079-ECT-DTS |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |
| vs. | |
| Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, Commissioner Tarek Tomes, in his official capacity as designated coordinator of youth sports for the Administration of Governor Tim Walz, | **EXPEDITED CONSIDERATION REQUESTED** |
| Defendants. | |

Plaintiffs, above-named, hereby jointly move the Court seeking the following:

1.    The Court's issuance of a preliminary injunction by which Defendants, above named, and their officers, agents, servants, employees, and attorneys, and such persons as may act in active concert or participation with any of the foregoing, are enjoined from:

    a. enforcing Executive Order 21-01 or any other order, policy, practice, or procedure that disfavors or discriminates against youth athletes or youth athletics without permission from the Court;

b. collecting data or applying public health terms or definitions to support predetermined policy choices that disfavor young people and youth sports, or any other group preselected and disfavored by Defendants; and

c. enforcing any MDH or other State agency rule that lacks statutory authorization—including MDH's current face covering and spectator rules for youth sports—or that adds to or contradicts an executive order; or, alternatively

d. barring enforcement of MDH's current face covering and spectator rules for youth sports that are not applied to other, favored classes; and

2. An order allowing Plaintiffs to take the following expedited discovery:

a. Within twenty-four (24) hours of this Order, Plaintiffs' counsel will serve up to ten document requests and ten interrogatories on counsel for Defendants;

b. Defendants shall fully respond to such document requests within seven (7) calendar days of Plaintiffs' counsel's service;

c. Plaintiffs may then serve and schedule two proposed depositions of not more than four (4) hours each of Defendants, including up to one deposition pursuant to Fed. R. Civ. P. 30(b)(6) that will be scheduled by mutual agreement of counsel and the parties within fourteen days.

This Motion is brought pursuant to pursuant to Rules 26, 30, 34, and 65 of the Federal Rules of Civil Procedure and is based on all of the files, records, and proceedings herein, including without limitation the contemporaneously-filed Declarations, Exhibits, Memorandum of Law, the arguments of counsel, and all other supporting documents and

pleadings which are or may be submitted, and all other filings and proceedings in the above-captioned action.

Plaintiffs were delayed in filing this motion as a result of Defendants' changes to purported applicable rules and as a result of obtaining new, material evidence filed herewith. Because of the urgency of these issues and Defendants' ample notice, Plaintiffs request an expedited hearing date and expedited consideration of this motion.

Dated: January 19, 2021                    **CROSSCASTLE, P.A.**

                                           By:  __s/ Samuel W. Diehl_____
                                               Samuel W. Diehl (#388371)
                                               Ryan D. Wilson (#400797)
                                               333 Washington Avenue N.
                                               Ste 300-9078
                                               Minneapolis, MN 55401
                                               P: (612) 412-4175
                                               F: (612) 234-4766
                                               Email: sam.diehl@crosscastle.com
                                                       ryan.wilson@crosscastle.com

                                           **ATTORNEYS FOR PLAINTIFFS**

4823-7768-1112, v. 1