## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Let Them Play MN, Jane Doe 1, both individually and as parent and guardian of Jane Doe 2 and John Moe 3, minors, John Moe 4, as parent and guardian of John Moe 5, a minor, Jane Doe 6, Jane Doe 7, as parent and legal guardian of John Moe 8 and Jane Doe 9, minors.<br><br>  Plaintiffs,<br><br>vs.<br><br>Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, Commissioner Tarek Tomes, in his official capacity as designated coordinator of youth sports for the Administration of Governor Tim Walz,<br><br>  Defendants. | Case No. 21-cv-00079-ECT-DTS<br><br><br><br><br><br><br><br><br><br>**[PROPOSED] Preliminary Injunction and Order for Expedited Discovery** |

The above-captioned matter came before this Court on January __, 2021 on Plaintiffs' Expedited Motion for Preliminary Injunction and for Expedited Discovery (the "Motion") seeking to enjoin Defendants Governor Tim Walz, in his official capacity, Attorney General Keith Ellison, in his official capacity, Commissioner Jan Malcolm, in her official capacity, Minnesota Department of Health, and Commissioner Tarek Tomes, in his official capacity.

The Court finds that a preliminary injunction and that expedited discovery requested by Plaintiffs are warranted, and will, therefore, grant Plaintiff's Motion. Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** as follows, until the Trial in this action is complete:

1. Pursuant to FRCP 65, Defendants, and their officers, agents, servants, employees, and attorneys, and such persons as may act in active concert or participation with any of the foregoing, are enjoined from:

    a. enforcing Executive Order 21-01 or any other order, policy, practice, or procedure that disfavors or discriminates against youth athletes or youth athletics without permission from this Court;

    b. collecting data or applying public health terms or definitions to support predetermined policy choices that disfavor young people and youth sports, or any other group preselected and disfavored by Defendants; and

    c. enforcing any MDH or other State agency rule that lacks statutory authorization—including MDH's current face covering and spectator rules for youth sports—or that adds to or contradicts an executive order;

2. The Parties may conduct the following expedited discovery:

    a. Within one week of this Order, Plaintiffs' counsel will serve the ten document requests and ten interrogatories on counsel for Defendant Minnesota Department of Health ("MDH");

    b. MDH shall fully respond to such document requests and interrogatories

    within seven (7) calendar days of Plaintiffs' counsel's service;

   c. Plaintiffs may then serve and schedule the proposed deposition of up to two representatives designated by MDH, pursuant to Fed. R. Civ. P. 30(b)(6);

   d. MDH shall present such witnesses within fourteen days after the date of this Order, and Plaintiffs' counsel may depose each such person or representative for up to four (4) hours.

3. Because there would be no monetary costs and damages incurred or suffered by any Defendant who is found to have been wrongfully enjoined or restrained, the proper amount of security required by Rule 65(c) is $0.00:

**IT IS SO ORDERED:**

Date: _____

                                        The Honorable Eric C. Tostrud
                                        Judge of U.S. District Court